UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI,<br><br>    Defendant. | No. 2:21-cv-01877-CKD-P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2022, the court screened plaintiff's complaint and gave him the option of proceeding immediately on the Eighth Amendment deliberate indifference claim against defendant Ali, or of filing an amended complaint to attempt to cure the defects with respect to the additional Fourteenth Amendment claim against this defendant. ECF No. 8. Plaintiff was directed to file a Notice of Election within 21 days to notify the court how he wanted to proceed. ECF No. 8 at 6. Instead of completing the Notice of Election form, plaintiff filed a motion to reconsider the court's screening order. ECF No. 11. The court construes the motion to reconsider as plaintiff's notice of election to stand on the allegations in his original complaint. ECF No. 11.

As a result, the court will direct the Clerk of Court to randomly assign plaintiff's motion to reconsider to a district court judge.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign this matter to a district court judge.

Dated: February 1, 2022

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/will1877.assignDJ.docx