UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>           Plaintiff,<br><br>      v.<br><br>ALI,<br><br>           Defendant. | No.  2:21-cv-1877 CKD P<br><br><br>ORDER |

On January 20, 2022, plaintiff filed a request for reconsideration of the magistrate judge's screening order filed January 10, 2022, finding that plaintiff failed to state a Fourteenth Amendment claim against defendant Ali.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 10, 2022, is affirmed.

Dated:  February 11, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1