UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALI,<br><br>　　　　　Defendant. | No.  2:21-cv-01877-CKD P<br><br><br><br>ORDER |

　　　Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  In light of the February 14, 2022 order denying plaintiff's motion to reconsider the undersigned's screening order, plaintiff is directed to return the attached Notice of Election to the court within 21 days from the date of this order.  If plaintiff does not return the Notice within the time provided, the court will order service of the complaint only on the claim found cognizable in the court's January 10, 2022 screening order and will dismiss the remaining claims.

　　　Accordingly, IT IS HEREBY ORDERED that:

1.　Plaintiff has the option to proceed immediately on the Eighth Amendment deliberate indifference claim against defendant Ali.  In the alternative, plaintiff may choose to amend the complaint to fix the deficiencies identified in the screening order of January

10, 2022 with respect to the remaining claim against defendant.

2. Within 21 days from the date of this order, plaintiff shall complete and return the attached Notice of Election form notifying the court whether he wants to proceed on the screened complaint or whether he wants time to file a first amended complaint.

3. If plaintiff fails to return the attached Notice of Election within the time provided, the court will construe this failure as consent to dismiss the deficient claim and proceed only on the cognizable claim identified above.

Dated: March 4, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/will1877.reset.election.ddl.docx

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>    Plaintiff,<br><br>v.<br><br>ALI,<br><br>    Defendant. | No. 2:21-cv-01877-CKD<br><br>NOTICE OF ELECTION |

**Check only one option:**

_____ Plaintiff wants to proceed immediately on the Eighth Amendment deliberate indifference claim against defendant Ali.  Plaintiff voluntarily dismisses the remaining claim against defendant; **or**

_____ Plaintiff wants time to file a first amended complaint.


DATED:


                                                                          _____
                                                                          Plaintiff

3