UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>                Plaintiff,<br><br>      v.<br><br>ALI,<br><br>                Defendant. | No.  2:21-cv-01877-DAD-CKD P<br><br><br>ORDER |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 7, 2022, the court referred this matter to the Post-Screening ADR Project. The case was stayed for 120 days and defense counsel was ordered to file a motion to opt-out of ADR within 60 days if it was determined that a settlement conference would be a waste of resources. ECF No. 24 at 2. The order further directed that during the stay of the action, "no other pleadings or other documents may be filed." ECF No. 24 at 2. Following an extension of time to file a motion to opt-out, defendant filed a motion for summary judgment on October 4, 2022 while this case was stayed. ECF No. 29. The court will strike the motion as being filed in violation of a court order and will reset the deadline for filing a motion to opt-out of the ADR Project.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Defendant's motion for summary judgment (ECF No. 29) is stricken from the docket

1

as being filed in violation of a court order.

2. Defendant shall file a motion to opt-out of the Post-Screening ADR Project within 7 days from the date of this order.

3. The stay of this case remains in effect pending further order of the court.

Dated: October 12, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/will1877.strikeMSJ.docx