UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>ALI,<br><br>    Defendant. | No. 2:21-cv-01877-DAD-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 19, 2022, defendant filed a motion to opt-out of the Post-Screening ADR Pilot Project. ECF No. 31. Upon review of the motion, the court finds good cause to grant defendants' requests.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out of the Post-Screening ADR Project (ECF No. 31) is granted.

2. The stay of this action is lifted.

3. Defendant shall file a responsive pleading within thirty days from the date of this order.

/////

/////

Dated:  November 2, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/will1877.optout.docx