UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALI,<br><br>　　　　Defendant. | No.  2:21-cv-01877-DAD-CKD P<br><br>ORDER |

Plaintiff is a former state inmate currently in county custody proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On September 13, 2023, this case was referred back to the undersigned for further proceedings after the district judge denied defendant's motion for summary judgment.  ECF No. 38.  Defendant will be required to file a response to the complaint within 30 days from the date of this order.

Accordingly, IT IS HEREBY ORDERED that defendant shall file a response to the complaint within 30 days from the date of this order.

Dated:  September 25, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/will1877.ans

1