UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CURTIS WILLIAMS, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALI,<br><br>　　　　Defendant. | No.  2:21-cv-01877-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. No. 42) |

　　　　Plaintiff Robert Curtis Williams III is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

　　　　On December 1, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute this action. (Doc. No. 42.)  Specifically, the magistrate judge noted that the service copy of the court's orders dated September 13, 2023 (Doc. No. 38), which were mailed to plaintiff at his address of record, had been returned to the court marked as "Undeliverable" on September 19, 2023. (*Id.*)  Thus, plaintiff was required to file a notice of his change of address with the court no later than November 27, 2023. (*Id.*)  Because plaintiff had

1

1  not done so, the magistrate judge concluded that plaintiff has failed to comply with Local Rule
2  183(b)'s requirement "that a party appearing *in propria persona* inform the court of any address
3  change." (Doc. No. 42 at 1.) Further, because plaintiff had not otherwise communicated with the
4  court, and a later mailing to plaintiff had likewise been returned to the court, the magistrate judge
5  concluded that plaintiff has failed to prosecute this action. (Doc. Nos. 41, 42) The pending
6  findings and recommendations were served on plaintiff by mail at his address of record and
7  contained notice that any objections thereto were to be filed within fourteen (14) days after
8  service. (*Id.* at 1–2.) To date, no objections to the findings and recommendations have been
9  filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on December 1, 2023 (Doc. No. 42) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 16, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2